GEORGE ELDER *versus* WHITMORE KNAGGS. 

JOURNAL ENTRIES (1826–28): *Journal 4:* (1) Motion for rule to show cause against mandamus *p. 95; (2) rule to show cause against mandamus *p. 124; (3) death suggested *p. 130; (4) continued *p. 136; (5) argued, submitted *p. 189; (6) motion for rule to show cause overruled *p. 203; (7) stricken from docket *p. 234.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) rule to show cause against mandamus; (4) return to rule to show cause.
*1824–36 Calendar*, MS p. 70.